No. 24040-A

BA1058-01

James Maurice Wise
vs.
Judge John Weeks

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 22 2015
AbelAcosta.Clerk

In the Court of Criminal Appeals of The State of Texas

## Application For Writ of Mandamus with Affidavit in Support:

To the Honorable Judges of the Court of Criminal Appeals:

Comes Now, James Maurice Wise, Relator And Files this Application For Writ of Mandamus. Directing Judge John Weeks, Respondent, to grant Motion For Request Complete Recordation For transcripts of All Pre-trial Proceedings And For A daily transcript of specified portions of the Evidence in Cause No. 24040-A, styled the State of Texas vs. James Maurice Wise, in which Relator is charged with the offense of Aggravated Robbery. In support of this Application, Relator shows the court the Following:

## I

On the 15th day of September, 2015, I James Maurice Wise, Relator, sent by certified mail to the 42.nd District Court Clerk of Taylor County, Texas. A motion to Request Complete Recordation For transcript of All Pre-trial proceedings And For A daily transcript of specified portions of the evidence in Cause No. #24040-A And presented it to Judge John Weeks, Respondent, of that court. (see Exhibit "A") certified mail Receipt confirms delivery date of September 15, 2015

## II

The Respondents Failure to Act As Requested by Relator is A Failure To Perform A ministerial Function, under the Fact of the case, because Failure To deliver said transcripts could prove detrimental to his case. see: Gardner U. California 393 us 370. 89 5ct 582. 21 L.ED. 2d 601(1969) Also, Consider, if a defendant was deemed indigent by the court, he will Remain Indigent For the duration of the Proceedings. Vernon's Ann C.C.P (26.04) [P] And Sees No Further Source of income during the Remainder of his incarceration. Roberts v State ('327 S.W. 3d 880). Therefore, Relator kindly Request Respondent grant said motion For Recordation As specified in Exhibit "A."

## III

The Relator has No Adequate Remedy At law to pursue the Requested Relief other than this Application.

## IV

This court has jurisdiction to issue writ of mandamus in this case under Article 5, Section 5 of the Texas Constitution And Article 4.04 of the Code of Criminal Procedure.

Wherefore, Relator prays the court grant this Application And issue A writ of mandamus directing Judg John Weeks, Respondent, to grant said motion For the Request of complete Recordation For transcript.

Respectfully Submittied

James M Wise TDCJ # 1734627
James M Wise
Neal Unit
9055 SPUR 591
Amarillo, Texas 79107

## Certificate of Service

This is to certify that a copy of the above-entitled and numbered motion has been served on Judge John Weeks by delivery of a true copy to him by mail, by depositing it, postpaid in an official depository under care and custody of the United States Postal Service on the 15th day of September, 2015, enclosed in a wrapper properly addressed as follow: Patricia Henderson
Taylor County Courthouse District Clerk
300 Oak, Suite 400
Abilene, Texas 79602

James Maurice Wise
Relator

# AFFidAViT

BeFore me, the undersigned Authority, on this day Personally Appeared James Maurice Wise, who After being duly sworn stated:

I Am the petitioner in the Above-entitled And Numbered CAuse. I have read the Attached petition For writ oF habeas corpus And swear that All oF the Allegations oF FAct contained in it Are true According to my belieF.

_____

AFFiant

Subscribed And sworn to beFore me on the ____ day oF _____, 20___, to certify which witness my hand And oFFiciAl seal

_____

Signature

_____

Printed Name

Notary Public in And For the State of Texas

My commission Expires

_____

Date

# UNSWORN Declaration

I, James Maurice Wise, TDCJ Number 1734627

Being presently incarcerated in the Neal Unit of the Texas Department of criminal Justice, in Potter, County, Texas Declare under penalty of perjury that I am the applicant in the above and Forgoing motion. I have read said motion and the Factual allegations of the same are true and correct

Executed on this 13, day of October, 20 15

James Maurice Wise

James Maurice Wise, Movant, Pro se

James Maurice Wise #1734627
Neal Unit
9055 Spur 591
Amarillo, Texas 79107


September 23, 2015


RE:   STATE OF TEXAS VS.  JAMES MAURICE WISE
      CAUSE #,24040-A
      42ND DISTRICT COURT
      TAYLOR COUNTY, TEXAS

Dear  James Maurice Wise,

_____   Contact the court reporter listed below to request a copy of the Statement of
           Facts and Fees.

_____   The following instrument(s) have been filed and forwarded to the court for
           consideration:

_____   You currently have an appeal pending. You should contact your attorney
           concerning this matter.

_____   Your motion for shock probation has been denied by the court.

_____   Your motion for shock probation has been granted by the court and the
           hearing has been set for:

XXX        Please see Judge's response attached.


All further correspondence should indicate the above cause number.

Sincerely,

Patricia Henderson, District Clerk
Taylor County, Texas

By: _____
      Samantha Miller, Deputy

James M Wise
v
State of Texas

24040-A
Cause No

42nd. District Court
of Taylor County Texas

## I

Greetings, I'm writing in regards to a Free transcript of Case Number- 24040-A, court reports minutes, Clerk's records, and a court Docket Sheet. A complete recolation of Transcripts of all Pretrial proceedings, Side Bars, and for a daily transcript of specified portions of the evidence in case number 24040-A

## II

The Respondents Failure to as requested is a Failure to Preform a ministerial duty, under Facts of the case. Failure to Deliver said Transcript could Prove Detrimental to my case. See: Gardner vs California 393. us. 370. 89 sct 582. 21 L.ED-20-601 (1969) [P] (1st District) Also Escobar v. state 880 S.W.2d 782 Tex. App. Houston (1st District) Britt v. North Carolina 404 U.S. 226, 227, 92, s.ct 431, 433, 30 L.ED 2D 400 (1971) Griffin v. Illinois 351 U.S. 12, 19, 76, S.ct 585, 591, 100 L.ED 891 (1956) Armour v. state 606 S.W. 2d 891, 893, 894, (Tex. Crim. App. Penal Code) 1980 Billie v state 605 S.W. 2d 558, 562, (Tex. crim. APP 1980) Kenneth Joseper Ward v state 740 S.W. 2d 794 1987.

## III

Constitutional law key 3228/3242 (2) 317 (2) Rule App. Proc Rule 53 (1) (2), Rule 51/53 (1) (2) U.S. CA. Const. Amend 14, Habeas Corpus Key 884 690 883. Also consider if a defendant was deemed Indigent By the courts. He will Remain Indigent For the duration of the Proceeding Vernon's ANN. C.C.P. (26.04) [P] Appeal and Error key 3711, Rule App. Proc Rule 13 (K). 40 C) (3) L.ED 5 (1) (2) Appeal and Error 1194 (2) 1371 Prison key (2) 17 (1)(3) Judges Key 51 (14) Abuse of Decretion. Vernon's ANN. Tex Rule Civ. Proc. Rule 118A (F). 4 Judges key 51(4) Therefore Relator kindly Request that this Request be Granted.

Denied 9-22-15

John Weeks Judge

Respectfully Submitted

James M Wise

James M Wise 1734627

PATRICIA HENDERSON.
DISTRICT CLERK
TAYLOR COUNTY, TEXAS
DEPUTY

2015 SEP 22 AM 8:09

FILED

# UNSWORN Declaration

    I'm currently being incarcerated at the Neal Unit, in Amarillo, Texas. I do swear under the penalty of perjury. that the Above is true And correct.

                James m Wise

    Executed ___9___ day of __15__ 2015

                James m Wise

                James m Wise

                9-15-2015